UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(SYRACUSE)

| | | |
|---|---|---|
| Dawn L. H., | ) | Case 5:23-cv-00480-DEP |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Joint Stipulation for Remand** |
| | ) | (Document Filed Electronically) |
| Martin J. O'Malley, | ) | |
| Commissioner of Social Security, | ) | |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Elizabeth Victoria Lombardi, *Esq*., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$5,750.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: April 29, 2024

By:*/s/ Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone:  (212) 264-2493
Duty station time zone:  Eastern
jason.peck@ssa.gov

By:  */s/ Elizabeth Victoria Lombardi*

Elizabeth Victoria Lombardi
Legal Aid Society of Mid-New York, Inc. - Syracuse Office
221 South Warren Street, Suite 310
Syracuse, NY 13202
315-703-6657
Fax: 315-424-4911
Email: Betsy.Lombardi@lasmny.org

**So Ordered:**

_____      May 10, 2024
**Magistrate Judge David E. Peebles**      DATE